# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JERRY MEANS,

        Plaintiff,

    v.                                           Case No. 09-C-831

PROBATION AGENT DCC / DOC, et al.,

        Defendants.

---

## ORDER

---

       Plaintiff Means, who is proceeding pro se, lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. As explained in other of the Plaintiff's cases, Plaintiff has accumulated three "strikes," and as such he must pay the entire filing fee up front. The motion to proceed *in forma pauperis* is therefore **DENIED**. Plaintiff must pay the $350 filing fee to the clerk of this court within 21 days or his case will be summarily dismissed. Moreover, failure to pay the filing fee will result in an order under *Support Sys. Int'l, Inc. v. Mack,* 45 F.3d 185 (7th Cir. 1995). An order under *Mack* requires the Clerk of Court to return civil complaints and related pleadings unfiled, without even presenting them to judges, until plaintiff's debt to the judicial system has been paid.

       **SO ORDERED** this 31st day of August, 2009.


                                     s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge